# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-0434-LDG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| EDUARD PETROIU, et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that Magistrate Judge Leen is authorized to handle all CJA budget matters in this case.

Dated this 10 day of February, 2012.

_____
Lloyd D. George
United States District Judge