# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

EDUARD PETROIU, et al.,

     Defendants.

2:11-cr-0434-LDG-PAL

**ORDER**

Defendant Evghenii Russu has filed a motion to revoke and/or amend the magistrate judge's order of detention pending trial, etc., (#163, response #167, reply #175).  The court "review[s] the evidence before the magistrate" and any additional evidence proffered by the parties "and makes its own independent determination whether the magistate judge's findings are correct, with no deference."  United States v. Koenig, 912 F.2d 1190, 1193 (9th Cir. 1990).  Russu's motion, however, attaches only the transcript of the December 16, 2011, continuation of the detention hearing conducted on the day before, at which a substantial portion of the issues now raised were addressed.  Accordingly,

THE COURT HEREBY ORDERS that defendant Russu shall file, at his earliest opportunity, the December 15, 2011, transcript along with any other evidence of record relied upon by the magistrate judge in his order of detention.

Dated this ___ day of May, 2012.

_____
Lloyd D. George
United States District Judge