# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVGENNI RUSSU,

    Defendant.

Case No. 2:11-cr-00434-LDG (PAL)

**ORDER**

    THE COURT **ORDERS** that Defendant Evgennii Russu's Motion for Reconsideration (#219) is DENIED.

DATED this 17 day of August, 2012.

_____
Lloyd D. George
United States District Judge