# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:11-cr-0434-LDG-PAL |
| ) | |
| v. ) | |
| ) | |
| MICHAEL VALES, ) | |
| ) | |
| Defendants. ) | |

# ORDER

IT IS HEREBY ORDERED: That Michael Vales is allowed to travel to Industry City, California on September 14 through September 17, 2012. [garbled text] Vales is required to comply with conditions set forth by Pretrial Services and shall provide any and all information Pretrial Services may require during the designated travel period.

DATED this [garbled] day of September, 2012.

_____
U.S. MAGISTRATE JUDGE